FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry  04/21/2021

Alorton Police Officer Ricky W. Perry was contacted at his residence, 1843 Lawrence Avenue, East St. Louis, Illinois. A Village of Alorton Police car was parked in Perry's driveway. Prior to arriving at Perry's residence, Interviewing Agents observed an Alorton Police car in the parking lot of Save-A-Lot grocery store, 10 Vieux Carre Drive, East St. Louis. The interview of Perry was surreptitiously recorded. After being advised of the identities of the Interviewing Agents, Perry provided the following information:

**The below is an interview summary. It is not intended to to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties during the interview were electronically recorded. The recording captures the actual words spoken.**

Perry was on duty at the time of the interview. Perry was the only officer on duty at the time. Perry came home during his shift "to take a dump." Perry claimed "to be home a lot" and was not going to lie about it. Perry was advised by Interviewing Agents that they did not want Perry to lie to them. Perry suggested he was at home an hour or two per shift worked.

Perry believed the Interviewing Agents were trying to charge him. The Chief of Police has spoken with Perry about going home on his shift. Perry explained the Alorton Police facilities were horrible, and there was no place to get lunch in Alorton. When Perry was home on his shift, he acknowledged he occasionally got in a car with someone else and went to a friend's house.

Perry did not "know nothing about nothing." Perry planned to get an attorney. The Chief "has been on" Perry about being home while on duty. Perry believed Chief Clark was doing the same thing with his employment at Alorton and the East St. Louis Park District. Perry believed he was going

Investigation on  04/14/2021  at  East St. Louis, Illinois, United States (In Person)

File #  194C-SI-3359102                                                 Date drafted  04/19/2021

by  Charles A. Willenborg, JANIS DENIS JOHN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

194C-SI-3359102

Continuation of FD-302 of (U) Ricky Perry Interview , On 04/14/2021 , Page 2 of 2

to be charged, and he "aint going to sleep tonight." Interviewing Agents provided their contact information and offered to put Perry in contact with the United States Attorney's Office to discuss the matter.